UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Danville Division

CYNTHIA ADAMS, *et al.*, individually on behalf of
themselves, and on behalf of all others
similarly situated, *et al.*,

                                        Plaintiffs,

v.                                                              **Civil Action No. 4:22-cv-107**

NEGRIL INCORPORATED
and LEGACY WELLNESS LLC,

                                        Defendants.

## <u>JOINT MOTION TO APPROVE SETTLEMENT</u>

Plaintiffs and Defendant Negril Incorporated (collectively the "Parties"), by their

respective counsel, respectfully move this Court to approve their settlement in this matter for the

reasons more fully set forth in the accompanying memorandum of law.

## CONCLUSION

Wherefore the parties request that the Court approve the settlement and enter the Proposed

Order provided as an attachment to this Motion.

Respectfully submitted,

By: /s/_____          By: /s/_____
Brittany M. Haddox (VSB No. 86416)       Amanda M. Weaver
Monica L. Mroz (VSB No. 65766)           Virginia State Bar No. 86782
STRELKA EMPLOYMENT LAW                   WILLIAMS MULLEN
4227 Colonial Avenue                     200 South 10th Street, Suite 1600
Roanoke, VA 24018                        Richmond, Virginia 23219
brittany@strelkalaw.com                  Telephone: (804) 420-6226
monica@strelkalaw.com                    Facsimile: (804) 420-6507
                                         aweaver@williamsmullen.com

Craig J. Curwood (VSB No. 43975)
Zev H. Antell (VSB No. 74634)            *Counsel for Defendant Negril Incorporated*

BUTLER CURWOOD, PLC
140 Virginia Street, Suite 302
Richmond, Virginia 23219
Tel: (804) 648-4848
craig@butlercurwood.com
zev@butlercurwood.com

*Counsel for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 21st day of February, 2024, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

*/s/    Brittany M. Haddox*
Brittany M. Haddox (VSB No. 86416)
Monica L. Mroz (VSB No. 65766)
STRELKA EMPLOYMENT LAW
4227 Colonial Avenue
Roanoke, VA 24018
brittany@strelkalaw.com
monica@strelkalaw.com

Zev H. Antell (VSB No. 74634)
BUTLER CURWOOD, PLC
140 Virginia Street, Suite 302
Richmond, Virginia 23219
Telephone: (804) 648-4848
zev@butlercurwood.com

*Counsel for Plaintiffs*