IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| CYNTHIA ADAMS, et al., individually on behalf of themselves, and on behalf of all others similarly situated, *et al.*, <br><br>　　Plaintiffs, <br><br>v. <br><br>NEGRIL INCORPORATED and LEGACY WELLNESS LLC, <br><br>　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 4:22-cv-0107 <br><br>By: Elizabeth K. Dillon <br>　　United States District Judge |

## CONSENT ORDER

Plaintiffs and Defendant Negril Incorporated (collectively the "Parties"), by their respective counsel, hereby consent to the entry of this order. Having reviewed the Joint Motion in Support of Settlement Approval (the "Motion") (Dkt. No. 72), and the Settlement Agreement and Release of Claims (the "Agreement"), and for the reasons stated in the Parties' submissions, the court GRANTS the Motion and approves the Parties' settlement as a fair and reasonable resolution of a bona fide dispute over Fair Labor Standards Act ("FLSA") claims as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

Accordingly, it is hereby ORDERED that the Agreement reached by the Parties is approved and shall take effect. It is further ORDERED that this action is dismissed with prejudice. The clerk is directed to close this case. This Court retains jurisdiction to enforce the terms of the settlement pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994).

Entered: March 28, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Elizabeth K. Dillon
　　　　　　　　　　　　　　　　　　　　　　　　Elizabeth K. Dillon
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge